# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

**CHAPTER 13 PLAN COVER SHEET**

Filing Date: __9/16/2008_____    Docket #: ___08-42965-jbr__
Debtor: __Lizzette Rodriguez_____    Co-Debtor:_____N/A_____
SS#: _____XXX-XX-4473_____    SS#: _____
Address: _14 Pilgrim Rd._____    Address: _____
         _Lawrence, MA 01843_____             _____


Debtor's Counsel: __Paul A. Petrillo, Esq._____
Address: _202 Main St., Suite 102, Salem, NH 03079_____


Telephone #: _603-894-4120_____
Facsimile #: _603-870-9330_____


ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11

U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.
PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

## UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

**OFFICIAL LOCAL FORM 3**
**PRE-CONFIRMATION CHAPTER 13 PLAN**

Docket No.:__ 08-42965-jbr____

DEBTORS: Lizzette Rodriguez_____    SS#: _XXX-XX-4473_____

I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $_967_____ for the term of:

☐       36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☐       60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

X       60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause: __Debtor is a below median income debtor and the applicable commitment period for this Debtor is 36; however, in order to properly cure mortgage arrearages owed on the Debtor's residence and other income producing property, the Debtor requires a plan of 60 months in duration_____; or

☐       ____ Months. The Debtor states as reasons therefore: _____

II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Countrywide Home Loans | home mortgage arrearage | $__30,971 |
| Bayview Financial | arrearage on income property | $__13,438 |
| Bayview Financial | arrearage on income property | $___4,210 |

Total of secured claims to be paid through the Plan: $___48,619_____


B. Claims to be paid directly by debtor to creditors (Not through Plan):

Creditor                    Description of Claim

_Countrywide Home Loans__      _regular monthly mortgage payments_

_Bayview Financial_____  _ regular monthly mortgage payments (Unit 1 of
                                  income property)

_Bayview Financial_____  _ regular monthly mortgage payments (Unit 3 of
                                  income property)

Merrimack Valley FCU           monthly auto loan payments

C. Modification of Secured Claims:

Creditor        Details of Modification              Amt. of Claim
                (Additional Details May Be Attached) to be paid through plan

___N/A_____    _____    _____

_____    _____    _____


D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease
claims of _____; or

ii. The Debtor(s) intend(s) to assume the residential/personal property lease
claims of _tenants occupying Unit 1 of the income property located at 70 Dracut
St., Lawrence, MA_____.

iii. The arrears under the lease to be paid under the plan are _____.

III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

Creditor            Description of Claim            Amount of Claim

__None_____    _____        $_0.00_____

B. Other:

Creditor Description of Claim Amount of Claim

_None_____   _____   $__0.00_____

_____    _____   $_____

_____    _____   $_____

_____    _____   $_____


Total of Priority Claims to Be Paid Through the Plan: $_0.00_____

IV. ADMINISTRATIVE CLAIMS:

A. Attorneys Fees (to be paid through the plan): $_1,000_____

B. Miscellaneous Fees:

Creditor              Description of Claim          Amount of Claim

_None_____    _____    $_0.00_____

_____     _____    $_____

_____     _____    $_____


C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.


V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of __100__% of their claims.

A. General unsecured claims $_2,554_____

B. Undersecured claims arising after lien avoidance/cramdown:
Creditor              Description of Claim          Amount of Claim

__None_____    _____     $_0.00_____

_____     _____     $_____

_____     _____     $_____

C. Non-Dischargeable Unsecured Claims:

Creditor              Description of Claim          Amount of Claim

__None_____     _____     $_0.00_____

|                        |                                  |                    |
|------------------------|----------------------------------|--------------------|
| _____       | _____   | $_____  |
| _____       | _____   | $_____  |

Total of Unsecured Claims (A + B + C):    $__2,554_____

D. Multiply total by percentage: $__2,554_____

(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| __None_____ | _____ | $_0.00_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

Total amount of separately classified claims payable at ___%: $_0.00_____

VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:__None_____
_____.

B. Miscellaneous Provisions:
_____None.

VII. CALCULATION OF PLAN PAYMENT:

a) Secured claims (Section I-A Total):                    $_48,619_____

b) Priority claims (Section II-A & B Total):              $_0.00_____

c) Administrative claims (Section III-A&B Total):         $_1,000.00_____

d) Regular unsecured claims (Section IV-D Total): +       $_2,554_____

e) Separately classified unsecured claims:                $__0.00_____

f) Total of a + b + c + d + e above: =                    $__52,173_____

g) Divide (f) by .90 for total including Trustee's fee:

Cost of Plan = $__57,970_____
(This represents the total amount to be paid into the Chapter 13 Plan.)

h) Divide (g), Cost of Plan, by Term of Plan, _60____ months

i) Round up to nearest dollar for Monthly Plan Payment: $ _967_____

(Enter this amount on page 1)


Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| _14 Pilgrim Rd., Lawrence,MA | $_270,000_____ | $_242,764_____ |
| _70 Dracut Rd., Unit 1, Lawrence, MA_ | $_100,000_____ | $_125,906_____ |
| _70 Dracut Rd., Unit 3, Lawrence, MA_ | $_100,000_____ | $_140,000_____ |

Total Net Equity for Real Property: $_27,236_____

Less Total Exemptions (Schedule C): $_27,236_____

Available Chapter 7: $__0.00_____

B. Automobile (Describe year, make, model):

_2001 Dodge Ram__     Value $_4,000__    Lien $_4,657_____ Exemption $ _N/A_

_1993 Ford Probe_     Value $_500_____    Lien $_0.00_____ Exemption $ _500___

Total Net Equity: $__500_____

Less Total Exemptions (Schedule C) $_500_____

Available Chapter 7: $__0.00_____

C. All other Assets: (All remaining items on schedule B) : (Itemize as necessary)_ _____.
checking account, clothing, jewelry, lawncare items
Total Net Value: $_3,500_____

Less Exemptions (Schedule C): $ _3,500_____


Available Chapter 7: $__0.00_____
D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:
$_0.00_____


E. Additional Comments regarding Liquidation Analysis:
___NONE_____.

IX. SIGNATURES
Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required
to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and
interested parties, and to file a Certificate of Service accordingly.


_/s/ Paul A. Petrillo_____                    _10/24/2008_____
Debtor's Attorney                               Date
Attorney's Address: _202 Main St., Ste 102, Salem, NH 03079_____

Tel. # (603) _894_-_4120_____

Email Address: __ppetrillo@dpfmlaw.com_____


I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING
REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND
BELIEF.

_/s/ Lizzette Rodriguez_____          __10/24/2008_____
Lizzette Rodriguez, Debtor                      Date

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

_____
                                     )
IN RE:                              )         Chapter 13
     LIZZETTE RODRIGUEZ,   )
     Debtor.                       )         Case No. 08-42965-JBR
_____)

## CERTIFICATE OF SERVICE ON DEBTOR'S CHAPTER 13 PLAN

I, Paul A. Petrillo, Esq., counsel to the Debtor in the above entitled matter, do hereby certify that I have, this day, served a copy of the foregoing Chapter 13 Plan to the following:

**VIA ELECTRONIC DELIVERY**

US Trustee's Office

Denise Pappalardo, Esq.
Chapter 13 Trustee

**VIA FIRST CLASS MAIL**

Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL 33146

Collection
Pob 2586
Framingham, MA 01701

Collection
Pob 2407
Woburn, MA 01888

Continental Credit Ctr
22 N Milpas St Ste C
Santa Barbara, CA 93103

Countrywide Home Loans
450 American St
Simi Valley, CA 93065

Countrywide Home Loans
ATTENTION: BANKRUPTCY SV-314B
Po Box 5170
Simi Valley, CA 93062

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

Credit Management Lp
4200 International Pwy
Carrolton, TX 75007

Harold Kahn
Trustee Of Harold D. Kahn Family Trust
102 Charleont St
Newton, MA 02461

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Hsbc Bank
ATTN: BANKRUPTCY
Po Box 5213
Carol Stream, IL 60197

Mercantile Adjmnt Bur
6390 Main St S-160
Williamville, NY 14221

Merrimack Valley Fcu
1475 Osgood St
North Andover, MA 01845

Nco Fin/09
507 Prudential Rd
Horsham, PA 19044


10/24/2008                              /s/ Paul A. Petrillo
Date                                    Paul A. Petrillo, Esq.